UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINNY RENE BURNS,<br><br>                    Plaintiff,<br><br>        v.<br><br>POLICE, et al.,<br><br>                    Defendants. | Case No.  1:26-cv-03468-KES-EGC<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS, DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Doc. 4 |

Ginny Rene Burns, proceeding pro se, initiated this action by filing a complaint on May 5, 2026.  Doc. 1.  The assigned magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915(e)(2) and found that Burns failed to comply with Rule 8 of the Federal Rules of Civil Procedure.  Doc. 4 at 2-4.  The magistrate judge also found the claims raised are frivolous.  *Id.* at 4-5.  The magistrate judge recommended the complaint be dismissed without leave to amend.  *Id.* at 5.

On June 7, 2026, the Court served the findings and recommendations on Burns and informed her that any objections were due within 21 days.  Doc. 4 at 5.  The Court also advised Burns that "failure to file objections within the specified time may result in the waiver of rights on appeal."  *Id*. (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).  Burns did not file objections and the time to do so has expired.

Pursuant to 28 U.S.C. § 636(b)(l), this Court conducted a de novo review.  Having

1

carefully reviewed the matter, the Court concludes the findings and recommendation are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued on May 7, 2026 (Doc. 4), are ADOPTED in full.

2. The complaint is DISMISSED without leave to amend.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    June 16, 2026

UNITED STATES DISTRICT JUDGE